## MT. MORRIS DISTRIBUTING CORPORATION v. DORAN, Prohibition Com'r.

District Court, S. D. New York. June 19, 1929.

See also 36 F.(2d) 489.

Harry S. Hall and Bernard Kovner, both of New York City, for plaintiff.

Charles H. Tuttle, U. S. Atty., and U. S. Grant, Asst. U. S. Atty., both of New York City, for defendants.

KNOX, District Judge. ■ The within petition is denied on the ground that there is no showing that the Prohibition Administrator has violated the injunction order of Judge Thacher. As was held in Olivett Distributing Co. v. Bowers (D. C.) 14 F.(2d) 318, the continuance in force of a basic permit does not carry with it an absolute right to the withdrawals specified therein. The issuance of withdrawal permits is within the discretion, to be exercised in good faith, of course, of the Administrator. From all that is before me, I am not satisfied that such discretion has been abused.

■ Furthermore, the proper procedure to correct any misconduct in the premises on the part of the Administrator is to review his action under section 6 of title 2 of the National Prohibition Act (27 USCA § 16).